ANTOINE R. NICHOLS, Respondent, v. ALVIN H. CONRO et al., Individually and as Copartners Doing Business under the Name of A. H. CONRO & SON, Appellants.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.   [See 278 App. Div. 1002.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. HOWARD S. PALMER et al., as Trustees of the Property of NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellants.— Present —Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.   [See *ante* p. 60.]

In the Matter of CAMPO CORPORATION et al., Petitioners, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.   [See *ante,* p. 302.]